REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, 4th Floor
White Plains, NY 10601
(914) 949-2126
By: Lawrence R. Reich
reichlaw@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

        SECOND SOUTHERN BAPTIST        Chapter 11
        CHURCH OF NEW YORK,        Case No.
                                                      15-12509(SHL)

                            Debtor.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER    )ss:

      SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

      On November 30, 2015, I served true copies of the Notice of Deadline Requiring Filing of Proofs of Claim on or before January 5, 2016, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees on the annexed service list.

                                                          /s/Samara Neal
                                                        SAMARA NEAL

Sworn to before me on
November 30, 2015

/s/Lawrence R. Reich
LAWRENCE R. REICH
Notary Public, State of New York
No. 02RE8525385
Qualified in Westchester County
Commission Expires November 3, 2018

SERVICE LIST

HONORABLE SEAN H. LANE
U.S. BANKRUPTCY JUDGE
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004

U.S. TRUSTEE'S OFFICE
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

BELMARI RODRIGUEZ
57A WEST 170TH STREET
BRONX, NY 10452

BELMARI RODRIGUEZ
59A WEST 170TH STREET
BRONX, NY 10452

GRANT PHARMACY, INC.
1340 EDWARD GRANT HWY
BRONX, NY 10452

JESUS JIMENEZ & GERMAN RONDON
DBA MAZORGA Y MAS
1372 JESUP AVE 59 W. 170TH ST
BRONX, NY 10452

JESUS JIMINEZ
1340A EDWARD L. GRANT HWY
BRONX, NY 10452

KLAVE DESIGNS CORP.
1372 JESUP AVENUE
BRONX, NY 10452

LORRAINE C. CORSA, ESQ.
80 WESTCHESTER SQUARE
BRONX, NY 10461

NYC DEPT OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET, 22ND FL
NEW YORK, NY 10007

NYC ENVIRONMENTAL
CONTROL BOARD
59-17 JUNCTION BLVD 13TH FL
FLUSHING, NY 11373

NYC ENVIRONMENTAL
CONTROL BOARD
59-17 JUNCTION BLVD 13TH FLOOR
FLUSHING, NY 11373

NYCTL 1998-2/MTAG
ATTN: LOCKBOX 223762
500 ROSS STREET 154-0455
PITTSBURGH, PA 15251-0001

NYCTL 1998-2/MTAG
ATTN: LOCKBOX 223762
500 ROSS STREET 154-0455
PITTSBURGH, PA 15251-0001

NYCTL 2014-A TRUST MTAG
ATTN: 360221
500 ROSS STREET 154-0455
PITTSBURGH, PA 15262-0001

NYS DEPT OF TAXATION & FINANCE
P O BOX 5149
ALBANY, NY 12205-5149

PHILLIPS & LYTLE LLP
ATTN: RICHARD J. EVANS, ESQ.
1400 FIRST FEDERAL PLAZA
ROCHESTER, NY 14614

SEA FRUITS, INC.
57 WEST 170TH STREET
BRONX, NY 10452

PHILLIPS LYTLE LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018
ATTN: NICKOLAS KARAVOLAS, ESQ.

MTAG SERVICES LLC
ATTN: THOMAS YANCEY
8609 WESTWOOD CENTER DRIVE, STE 325
VIENNA, VA 22182

MTAG SERVICES LLC
ATTN: MARIE TRIOLO
8609 WESTWOOD CENTER DRIVE, STE 325
VIENNA, VA 22182

MTAG SERVICES LLC
ATTN: KENNETH LAVINE
8609 WESTWOOD CENTER DRIVE, STE 325
VIENNA, VA 22182

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP, 5TH FLOOR
290 BROADWAY
NEW YORK, N.Y. 10008

U.S. ATTORNEY'S OFFICE
86 CHAMBERS STREET
NEW YORK, N.Y. 10007

UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20530-0001

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NEW YORK STATE TAX COMMISSION
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NYCTL 1998-2-MTAG
PO BOX 223762
PITTSBURGH, PA 15251-2762

NYC DEPT OF FINANCE
TAXPAYER IDENTIFICATION UNIT
25 ELM PLACE, 3RD FLOOR
BROOKLYN, NY 11201-5355