REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
By: Lawrence R. Reich
lreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

       SECOND SOUTHERN BAPTIST
       CHURCH OF NEW YORK,

                Debtor.
----------------------------------------------------------X

Chapter 11

Case No. 15-12509(SHL)

## NOTICE OF SETTLEMENT

**SHOULD YOU FAIL TO NOTIFY THE COURT AND/OR THE DEBTOR, BY ITS ATTORNEYS, REICH REICH & REICH, P.C., HAVING ITS ADDRESS AT 235 MAIN STREET, SUITE 450, WHITE PLAINS, NEW YORK 10601 OF YOUR OBJECTION TO THE ATTACHED PROPOSED ORDER IT MAY BE ENTERED.**

PLEASE TAKE NOTICE that the annexed order will be presented for settlement to the

Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy

Court, One Bowling Green, New York, New York 10004 on October 3, 2017 at 12:00 noon.

Dated: White Plains, New York
         September 27, 2017

                                      REICH, REICH & REICH, P.C.
                                      Attorneys for the Debtor

                                      /s/Lawrence R. Reich
                                      Lawrence R. Reich
                                      235 Main Street, Suite 450
                                      White Plains, New York 10601
                                      (914) 949-2126