REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
By: Lawrence R. Reich
lreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

       Chapter 11

   SECOND SOUTHERN BAPTIST
   CHURCH OF NEW YORK,       Case No. 15-12509(SHL)

           Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER    )ss:

    SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

    On October 6, 2017, I served true copies of the Order Directing Compliance by High Bidder, Ravi Annamaneni, with Bidding Procedures Order (ECF Document No. 61), by emailing same and by certified mail with return receipt requested in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of:

| | | |
|---|---|---|
| Ravi Annamaneni | Liolis & Katsihtis, LLP | Bruce W. Bieber, Esq. |
| 23 Summit Drive | 31-10 37th Avenue, Suite 301 | Kurzman Eisenberg Corbin |
| East Brunswick, NJ 08816 | Long Island City, NY 11101 | & Lever LLP |
| ravirx@gmail.com | Attn: Sarando Katsihtis, Esq. | 1 North Broadway, 12th Fl |
| | sk@lklawllp.com | White Plains, NY 10601 |
| | | bbieber@kelaw.com |

1

On October 6, 2017, I served true copies of the Order Directing Compliance by High Bidder, Ravi Annamaneni, with Bidding Procedures Order (ECF Document No. 61), by emailing same to:

>Mario Delbrun – mariodelbrun@aol.com
>Edward L. Shendell, Esq. - eshendellesq@gmail.com
>Mark Frankel, Esq. - mfrankel@bfklaw.com
>Nickolas Karavolas, Esq. – Nkaravolas@phillipslytle.com
>Kelly Ross - kelly@mkpropertynyc.com
>Andrea Schwartz, Esq. - andrea.b.schwartz@usdoj.gov

>/s/Samara Neal
>SAMARA NEAL

Sworn to before me on
October 6, 2017

/s/Lawrence R. Reich
LAWRENCE R. REICH
Notary Public, State of New York
No. 02RE8525385
Qualified in Westchester County
Commission Expires November 3, 2018